■ In the Matter of CHARLES WATSON, Appellant, v JOSEPH BELLNIER, Deputy Commissioner, New York State Correctional Facilities, et al., Respondents. [1 NYS3d 873]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered July 10, 2013 in a proceeding pursuant to CPLR article 78. The judgment denied the amended petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Sconiers and DeJoseph, JJ.